UNITED STATES COMED COURT
FOR THE NORTHERN COMED OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAN HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | No: 21 CV 4297 |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMONWEALTH EDISON CO. | ) | |
| | ) JURY DEMAND | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS LEGAL COUNSEL FOR PLAINTIFF**

Michael T. Smith of the Law Offices of Michael T. Smith & Associates, P.C., as current attorney for DAN HOLLOWAY, ("Plaintiff"), respectfully requests that this Honorable Court enter an order allowing him to withdraw as Plaintiff's legal counsel. In support of the motion, Michael T. Smith states as follows:

**GROUNDS FOR WITHDRAWL**

1. Michael T. Smith of the Law Offices of Michael T. Smith & Associates, P.C. is Plaintiff's current legal counsel of record (hereinafter referred to as "Plaintiff's Attorney". Mr. Smith filed his appearance at the outset of the above captioned case.

2. The status of the case is as follows:

Plaintiff and Defendant have filed a status report on November of 2021, which required discovery to close on June 1, 2022.

3. Despite numerous attempts by Plaintiff's attorney to work with Plaintiff on his case the Plaintiff has not cooperated with Counsel on this matter and the Plaintiff has terminated

1

the Law Firm of representing him further and stated he was going to handle the matters on his own.

4. Consequently, a breakdown in the attorney/client relationship has occurred between Plaintiff and Plaintiff's Attorney that prevent Plaintiff's Attorney from effectively representing Plaintiff.

5. Accordingly, Plaintiff's Attorney requests that this Court grant him leave to withdraw as Plaintiff's legal counsel and allow Plaintiff no less than 30 days to find alternative counsel should he decide an attorney's help is needed and to stay all proceedings in the interim.

6. Plaintiff's Attorneys will provide a copy of this motion to Plaintiff via electronic mail and regular mail.

WHEREFORE, Plaintiff's Attorney hereby request that the Court enter an order allowing Michael T. Smith to withdraw as legal counsel for Plaintiff, allowing Plaintiff no less than 30 days to find alternative legal counsel, and staying all proceedings until Plaintiff is able to find alternative legal counsel.

Respectfully submitted:

/s/ Michael T. Smith
Michael T. Smith

Michael T. Smith (#6180407 IL)
**LAW OFFICE OF MICHAEL T. SMITH & ASSOCIATES, PC**
10 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173
Telephone: (847) 466-1099
Email: *msmith39950@aol.com*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2022, the attached **Motion for Leave to Withdraw as Legal Counsel for Plaintiff** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record, and that my office served Plaintiff with a copy of this motion via email to dholloway1987@gmail.com, and priority mail to:

    Dan Holloway
    14030 Cokes Road
    Homer Glen, Illinois 60491

    /s/ Michael T. Smith
    Michael T. Smith (#6180407 IL)
    **LAW OFFICE OF MICHAEL T. SMITH & ASSOCIATES**
    10 N. Martingale Road, Suite 400
    Schaumburg, Illinois 60173
    Telephone: (847) 466-1099
    Email: *msmith39950@aol.com*