## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
## OF ILLINOIS

| | | |
|---|---|---|
| JOY HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:21-cv-04297 |
| | ) | |
| vs. | ) | Hon. Manish S. Shah |
| | ) | |
| COMMONWEALTH EDISON COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTE THAT** Defendant Commonwealth Edison Company's Counsel will appear in this Court, before the Honorable Manish S. Shah, or any judge sitting in his stead, at 219 South Dearborn Street, Courtroom 1919, Chicago, Illinois on Thursday, June 27, 2024 at 9:45 am and there and then present its Motion to Dismiss Count V of Plaintiff's Complaint which has been filed contemporaneously with this notice and served via the Court's CM/ECF filing system.

Dated: June 21, 2024                     Respectfully Submitted

                                                                 /s/ Corwin J. Carr

BARACK, FERRAZZANO, KIRSCHBAUM &
NAGELBERG
Allison N. Powers
Corwin J. Carr
Audrey Springer-Wilson
200 West Madison Street, Suite 3900
Chicago, IL 60606
312-984-3100
allison.powers@bfkn.com
corwin.carr@bfkn.com
audrey.springer-wilson.com

1

## **CERTIFICATE OF SERVICE**

    I, Corwin J. Carr, an attorney, certify that on June 21, 2024, I caused the foregoing to be filed electronically via the Court's CM/ECF filing system. The Court's CM/ECF electronic filing system will provide notice of this filing to all counsel of record.

/s/ Corwin J. Carr